UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAERSK LINE, A.S., <br><br> Plaintiff, <br> -v- <br><br> PORTS AMERICA CHESAPEAKE, LLC, <br><br> Defendant. | 20 Civ. 10506 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the initial pretrial conference scheduled for April 13, 2021 at 3:00 p.m. is rescheduled for April 16, 2021 at 3:00 p.m.

This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 8, 2021
        New York, New York