

**Attorneys At Law**
**SEMMES**

Providing Legal Services...
Since 1887

SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION

410.539.5040
WWW.SEMMES.COM

**Alexander M. Giles**
*Principal*

Suite 1400
25 South Charles Street
Baltimore, Maryland 21201

410.576.4882
410.539.5223 Fax

agiles@semmes.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/20/21

May 19, 2021

The Honorable Barbara Moses
United States Magistrate Judge
United States District Court for the
   Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20A
New York, NY 10007-1312

**MEMO ENDORSED**

    RE:    Maersk A/S v. Ports America Chesapeake, LLC
             Civil Action No. 20-CV-10506-PAE

Dear Judge Moses:

    I am counsel for Defendant Ports America Chesapeake, LLC ("Ports America") in the above-captioned matter, and I am writing on behalf of both Ports America and Plaintiff Maersk A/S ("Maersk").

    The parties in this matter are currently scheduled to participate in a telephone Settlement Conference with Your Honor on June 1, 2021. On Monday, May 17, 2021, in accordance with the deadline stated in the Scheduling Order entered herein, Ports America filed a Motion for Leave to File Third-Party Complaint against Baltimore International Warehousing & Transportation, Inc. ("BIWT"). As a result of that pending filing, both Ports America and Maersk believe that it would in the best interests of the Court, the current parties, BIWT, and the chances of hopefully ultimately resolving this matter short of trial, that we seek to postpone and reschedule the Settlement Conference for a point in time after BIWT has entered an appearance in the litigation, answered or otherwise responded to the Third-Party Complaint, and participated in some initial discovery with Maersk and Ports America.

    Thank you for your consideration of this request to postpone the June 1, 2021 telephone Settlement Conference, with the intent that the parties will be back in touch with Your Honor once Third-Party Defendant BIWT joins the litigation to inquire about dates for rescheduling this Settlement Conference.



May 19, 2021
Page 2

If Your Honor has any questions for counsel regarding this request, please feel free to contact us at your earliest convenience.

Respectfully submitted,

*/s/ Alexander M. Giles*

Alexander M. Giles

cc: William J. Pallas, III, Esquire (via ECF)
William H. Yost, Esquire (via ECF)

B2513463.DOCX

> Application GRANTED. The settlement conference currently scheduled for June 1, 2021 is hereby ADJOURNED *sine die*. When the parties are ready to reschedule, they shall file a letter-application proposing at least three dates, mutually convenient for all counsel and parties, for a settlement conference to begin at 2:15 p.m. SO ORDERED.
>
> Barbara Moses
> United States Magistrate Judge
> May 20, 2021